In the Matter of the Estate of MARY VOGEL, Deceased. SARAH I. MEAR et al., Appellants; FRANK VOGEL, Administrator of the Estate of MARY VOGEL, Deceased, Respondent.—

674

Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.